## SAME PARTIES.

*Appeal from Scott District Court.*

FRIDAY, OCTOBER 17.

BALDWIN, C. J.— Upon the authority of *Lewis* v. *Barmby, ante,* the judgment of the District Court is

Affirmed.